**FILED**

01/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0060

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0060

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHAEL LEE CAMERON,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 28, 2021, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 27 2021